UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TRUSTEES OF THE OPERATING ENGINEERS  )
PENSION TRUST; *et al.*,             )
                                     )
        Plaintiffs,             )   Case No.  2:13-cv-01456-JAD-GWF
                                     )
vs.                                  )   **ORDER**
                                     )
FORSMAN, INC., *et al.*,             )
                                     )
        Defendants.             )
_____)

      This matter comes before the Court on Defendants, Horizon Surveys, LLC and Ryan Sligar's Motion to Stay Scheduling Order (#27) filed on February 20, 2014.  Defendants seek to stay discovery in this matter pending the district court's ruling on their pending Motion to Dismiss (#12).  Accordingly,

      **IT IS HEREBY ORDERED** that discovery in this matter shall be **stayed** pending the Court's ruling on the Motion to Dismiss (#12).   The parties shall file a proposed discovery plan and scheduling order within 10 days after the Court decides Defendants' motion.

      DATED this 27th day of February, 2014.

                                          _____
                                          GEORGE FOLEY, JR.
                                          United States Magistrate Judge