# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; *et al.*,

        Plaintiffs,

vs.

FORSMAN, INC., *et al.*,

        Defendants.

Case No. 2:13-cv-01456-JAD-GWF

**ORDER**

This matter comes before the Court on Defendants, Horizon Surveys, LLC and Ryan Sligar's Motion to Stay Scheduling Order (#27) filed on February 20, 2014. Defendants seek to stay discovery in this matter pending the district court's ruling on their pending Motion to Dismiss (#12). Accordingly,

**IT IS HEREBY ORDERED** that discovery in this matter shall be **stayed** pending the Court's ruling on the Motion to Dismiss (#12). The parties shall file a proposed discovery plan and scheduling order within 10 days after the Court decides Defendants' motion.

DATED this 27th day of February, 2014.

                                              _____
                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge